FORM 26.  Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:** 2026-1797

**Short Case Caption:** Stratus Medical, LLC v. Avanos Medical, Inc.

**Filing Party** Stratus Medical, LLC

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable.  Attach additional pages as needed.  An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Patentability of claims of U.S. Patent No. 10,925,664.

Relief awarded below (if damages, specify):    ☐ None/Not Applicable

Declaration that all claims of U.S. Patent No. 10,925,664 are unpatentable.

Briefly describe the judgment/order appealed from:

Final written decision (PTAB Paper 68) holding that the petitioner proved claims 1-29 of U.S. Patent No. 10,925,664 to be unpatentable

| Nature of Judgment (select one:) | Date of Judgment: 2026 March 5 |
|---|---|
| ▣ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 2026 May 11

Signature: Matthew C. Phillips

Digitally signed by Matthew C. Phillips
Date: 2026.05.08 11:12:20 -04'00'

Name: Matthew C. Phillips