FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-1797

**Short Case Caption:** Stratus Medical, LLC v. Avanos Medical, Inc.

| |
|---|
| **Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's <u>Manage My Account</u>.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel. |

| | | |
|---|---|---|
| **Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted. | | |
| Stratus Medical, LLC | | |
| **Principal Counsel:** Matthew C. Phillips | Admission Date: | July 2001 |
| Firm/Agency/Org.: Laurence & Phillips IP Law | | |
| Address: 1050 Connecticut Ave. NW, Suite 500, Washington, DC 20036 | | |
| Phone: 503-964-1129 | Email: mphillips@lpiplaw.com | |
| **Other Counsel:** Daniel Higgs | Admission Date: | May 2016 |
| Firm/Agency/Org.: Laurence & Phillips IP Law | | |
| Address: 1050 Connecticut Ave. NW, Suite 500, Washington, DC 20036 | | |
| Phone: 801-703-1961 | Email: dhiggs@lpiplaw.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/11/26

Signature: /s/ M.C. Phillips

Name: Matthew C. Phillips

FORM 8A. Entry of Appearance

Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| Other Counsel: Kevin Laurence | Admission Date: Apr. 1993 |
|---|---|
| Firm/Agency/Org.: Laurence & Phillips IP Law | |
| Address: 1050 Connecticut Ave. NW, Suite 500, Washington, DC 20036 | |
| Phone: 202-558-6180 | Email: klaurence@lpiplaw.com |
| Other Counsel: | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| Other Counsel: | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| Other Counsel: | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| Other Counsel: | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |