FORM 9A. Notice of Related Case Information Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2026-1797

**Short Case Caption** Stratus Medical, LLC v. Avanos Medical, Inc.

**Filing Party/Entity** Stratus Medical, LLC

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Fed. Cir. Appeal No. 2026-1795

IPR2024-01209 (PTAB, USPTO)

IPR2024-01210 (PTAB, USPTO)

IPR2024-01211 (PTAB, USPTO)

US Patent Application No. 17/190,224 (USPTO)

US Patent Application No. 18/378,138 (USPTO)

US Patent Application No. 19/272,521 (USPTO)

US Patent Application No. 19/467,760 (USPTO)

US Patent Application No. 19/664,743 (USPTO)

Stratus Med., LLC v. Avanos Med., Inc., No. 1:25-cv-00546 (D. Del. filed May 2, 2025)

☐     Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Laurence & Phillips IP Law
Matthew Phillips
Daniel Higgs
Kevin Laurence
Derek Meeker
Joseph Hawkins
Meunier Carlin & Curfman LLC
Chris Kelly
Warren Thomas

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/11/2026

Signature: /s/ M.C. Phillips

Name: Matthew C. Phillips